## SPENCE ET AL. *v.* NORTH CAROLINA.

No. 759, Misc. Decided June 17, 1968.*

*Sam Houston Clinton, Jr.,* for petitioner in No. 1311, Misc.

*T. W. Bruton,* Attorney General of North Carolina, and *Harry W. McGalliard,* Deputy Attorney General, for respondent in No. 759, Misc. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *Hawthorne Phillips* and *Lonny F. Zwiener,* Assistant Attorneys General, and *A. J. Carubbi, Jr.,* for respondent in No. 1311, Misc. *Mr. Martin, Miss White,* and *Robert C. Flowers, Douglas H. Chilton,* and *Mr. Zwiener,* Assistant Attorneys General, for respondent in No. 1823, Misc.

PER CURIAM.

The motions for leave to proceed *in forma pauperis* and the petitions for writs of certiorari are granted. The

---

*Together with No. 1311, Misc., *Ellison* v. *Texas,* and No. 1823, Misc., *Jackson* v. *Beto, Corrections Director,* both on petitions for writs of certiorari. No. 1311, Misc., is to the Court of Criminal Appeals of Texas, and No. 1823, Misc., to the Court of Appeals for the Fifth Circuit.

judgments of the courts below are vacated and the cases remanded for reconsideration in the light of *Witherspoon* v. *Illinois,* 391 U. S. 510.

MR. JUSTICE BLACK and MR. JUSTICE HARLAN dissent. for reasons stated in MR. JUSTICE BLACK's dissenting opinion in *Witherspoon* v. *Illinois,* 391 U. S. 510, 532.

MR. JUSTICE WHITE dissents for the reasons stated in his dissenting opinion in *Witherspoon* v. *Illinois,* 391 U. S. 510, 540.